COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

ORLANDO VASQUEZ MUNOZ,

No. 08-09-00167-CR

§

Appellant,

Appeal from

§

v.

143rd District Court

§

THE STATE OF TEXAS,

of Reeves County, Texas

§

Appellee.

(TC # 08-01-07291-CRR)

§

## MEMORANDUM OPINION

Orlando Vasquez Munoz appeals his conviction of engaging in organized criminal activity. Appellant waived his right to a jury trial and entered a negotiated plea of guilty. In accordance with the plea agreement, the trial court assessed punishment at a $1,500 fine and imprisonment for seven years, but the court suspended the sentence and placed Appellant on community supervision for seven years. The State subsequently filed a motion to revoking alleging multiple violations of the terms and conditions of community supervision. Appellant entered a plea of true to the allegations. The trial court found the violations true, revoked community supervision, and imposed the original sentence. We affirm.

Appellant's court-appointed counsel has filed a brief in which he has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, *reh. denied,* 388 U.S. 924, 87 S.Ct. 2094, 18 L.Ed.2d 1377 (1967), by presenting a professional evaluation of the record demonstrating why, in effect, there are no arguable grounds to be advanced. *See High v. State,* 573 S.W.2d 807 (Tex.Crim.App. 1978); *Currie v. State,* 516 S.W.2d 684 (Tex.Crim.App. 1974); *Jackson v. State,*

485 S.W.2d 553 (Tex.Crim.App. 1972); *Gainous v. State,* 436 S.W.2d 137 (Tex.Crim.App. 1969). A copy of counsel's brief has been delivered to Appellant, and Appellant has been advised of his right to examine the appellate record and file a *pro se* brief. No *pro se* brief has been filed.

We have carefully reviewed the record and counsel's brief, and agree that the appeal is wholly frivolous and without merit. Further, we find nothing in the record that might arguably support the appeal. The judgment is affirmed.

August 18, 2010

_____

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)